# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RENE SILVEIRA, | CASE NO. 1:11-cv-00899-OWW-SKO (PC) |
| Plaintiff, | ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS CASE PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| SIX UNKNOWN NAMES AGENTS, et al., | (Doc. 4) |
| Defendants. | |

On July 5, 2011, Plaintiff William Rene Silveira filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(I) and informed the Court that this action was filed by someone else without his knowledge. At this stage in the proceedings, the filing of a notice of voluntary dismissal has the effect of closing the action and the Court no longer has jurisdiction over the claims. Duke Energy Trading and Marketing, L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001).

Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to Plaintiff's notice of voluntary dismissal filed on July 5, 2011.

IT IS SO ORDERED.

**Dated:   July 8, 2011**                              /s/ Oliver W. Wanger
                                                                        UNITED STATES DISTRICT JUDGE

1